# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

FARIDA KHAN

v.

COUNTRYWIDE HOME LOANS

FILED: JUNE 3, 2008
08CV3204          TG
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Farida Khan

| |
|---|
| NAME (Type or print) <br> Larry P. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/  Larry P. Smith |
| FIRM <br> Larry P. Smith & Associates, Ltd. |
| STREET ADDRESS <br> 205 N. Michigan Ave., Suite 4000 |
| CITY/STATE/ZIP <br> Chicago, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6217162 | TELEPHONE  NUMBER <br> 312-222-9028 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐