**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FARIDA KHAN, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 3204 |
| COUNTRYWIDE HOME LOANS, | ) ) | Judge Zagel |
| Defendant. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Plaintiff's counsel, Larry P. Smith & Associates and moves this Honorable Court to allow counsel to withdraw as attorneys for the Plaintiff. In support of this motion, states as follows:

1. This matter was filed on June 3, 2008.

2. Since that time, the attorney-client relationship between Plaintiff and her counsel has broken down to the point of disrepair. The parties have irreconcilable disagreements over numerous aspects of the litigation that has rendered it impossible for counsel to adequately represent Plaintiff in this case.

3. Actions have been taken to attempt to resolve the differences, but to no avail. Plaintiff has requested and counsel wishes to oblige to have Plaintiff's attorneys withdraw their representation in this case.

WHEREFORE, Plaintiff's counsel, Larry P. Smith & Associates respectfully prays that this Honorable Court allow counsel to withdraw as attorneys for the Plaintiff.

        Respectfully Submitted,
        **FARIDA KHAN**


        By:    s/Larry P. Smith
                Attorney for Plaintiff


Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.    (312) 222-9028
Fax   (312) 602-3911
e-mail  lsmith@lpsmithlaw.com