**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FARIDA KHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 3204 |
| | ) | |
| COUNTRYWIDE HOME LOANS, | ) | Judge Zagel |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**To:**

Ms. Jena Valdetero                     Ms. Farida Khan
Bryan Cave LLP                         7219 N. Campbell
161 N. Clark St.                       Unit B
Suite 4300                             Chicago IL 60645
Chicago IL 60601-3315

On, **July 15, 2008 at 10:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel, or any judge sitting in his stead, in courtroom 2503, the courtroom usually occupied by him in the Federal Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present a copy of **Plaintiff's Motion to Withdraw as Counsel,** a copy of which was served upon you.

By:   ___s/ Larry Smith_____
          Attorney for Plaintiff

Name:          LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For: Plaintiff
Address:       205 N. Michigan Ave, 40th Floor
City:          Chicago, Illinois 60601
Telephone:     (312) 222-9028
Facsimile:     (312) 602-3911

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served this notice to the above named party or parties at the above referenced addresses on June 30, 2007, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601 *via e-mail*.

By___s/ Larry Smith_____
       Attorney for Plaintiff