IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FARIDA KHAN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3204 |
| | ) | |
| vs. | ) | |
| | ) | Judge Zagel |
| COUNTRYWIDE HOME LOANS, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT COUNTRYWIDE HOME LOANS INC.'S DISCLOSURE STATEMENT/NOTICE OF AFFILIATES**

Defendant Countrywide Home Loans, Inc. ("Countrywide"), through its attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the District Court for the Northern District of Illinois, states that Countrywide is a wholly-owned subsidiary of Countrywide Financial Corporation ("CFC"). CFC is a wholly-owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly traded entity.

Dated: July 30, 2008

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC.

By:   /s/ Jena Valdetero
  One of Its Attorneys

Steven R. Smith, #3128231
Jena M. Valdetero, # 6290948
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system this 30th day of July, 2008, to the following counsel of record:

Farida S. Khan
7219 N. Campbell Avenue, Unit B
Chicago, Illinois 60645

                                                                           /s/ Jena Valdetero
                                                                             Jena Valdetero